# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 4, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145106

PEOPLE OF THE CITY OF PLYMOUTH,
      Plaintiff-Appellee,

v

                                            SC: 145106
                                            COA: 300493
                                            Wayne CC:  10-007083-AR

BRITTNEY LYNN LONGEWAY,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the March 20, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 4, 2012

_____
                    Clerk

p0827